UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| V. | §     CAUSE NO. SA-16-1172(1)M § |
| RAYMOND SANCHEZ | § § |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Kurt G. May, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

    Respectfully submitted,

    MAUREEN SCOTT FRANCO
    Federal Public Defender


    /s/KURT G. MAY
    Assistant Federal Public Defender
    727 E. César E. Chávez Blvd., Suite B-207
    San Antonio, Texas 78206-1205
    State Bar No. 00789874
    Tel.: 210-472-6700
    Fax: 210-472-4454

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of December, 2016, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

Priscilla Garcia
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

    /s/ KURT G. MAY
    Assistant Federal Public Defender