Filed 12-12-16
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: SA:16-M-01172(1) |
| | § | |
| (1) Raymond Sanchez | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

12-12-16
Date

_[signature]_
Defendant

12-12-16
Date

Kurt G. May
Name of Attorney for Defendant (Print)

_[signature]_
Signature of Attorney for Defendant