5/2011  Order Accepting Waiver of Personal Apperance at Arraignment (same as global form)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  SA:16-CR-00919(1)-XR |
| (1) RAYMOND SANCHEZ | § | |

## ORDER ACCEPTING WAIVER OF
## PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **22nd day of December, 2016**.

_____
HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE